Name: Brandon S. Bruce

Address: 801 Ash Street, Unit 102, San Diego, CA 92101

Telephone Phone: 215-605-8026

Email: brandonsbrucefedemploymentlaw@gmail.com

**FILED**
Jan 28 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ charlest DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Brandon Sinclair Bruce,
      Plaintiff(s),

v.

Xavier Becerra, Secretary, U.S. Department of Health and Human Services,
      Defendant(s).

Case No.: **22-cv-00115-DMS-JLB**
(assigned at time of filing)

**COMPLAINT**

I. **RELATED CASES**

 a. Do you have other Civil Case(s) in this or any other federal court?
   ☐ Yes  ☒ No

 b. If yes, please list the case numbers here:

II. **STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

Whether the Agency violated Title VII of the Civil Rights Act of 1964, as amended, or the Rehabilitation Act of 1973, as amended, and Americans With Disabilities Act, as amended, by subjecting Brandon Bruce (Mr. Bruce), (Applicant), to continuous harassment beginning April 10, 2020, based on his race (African American), color (Black), disability (Physical and Mental), sex (Male), and by retaliation/reprisal for past protected activity when:

1. On June 9, 2020, Mr. Bruce states that he was not selected for a position job announcement number: FDA-CTP-20-MP-10738980KR, Center for Tobacco Products (CTP), in which he alleges that he was "fully" qualified for.
2. On May 5, 2020, Mr. Bruce alleges that Responsible Management Official (RMO-1), Carlene Farris-Clarke, Deputy Director, Division of Business Operations, Center for Tobacco Products (CTP) contacted his reference without requesting his approval.
3. On April 10, 2020, Mr. Bruce states that he interviewed for the GS-14 position (Announcement Number: FDA-CTP-20-MP-10738980KR, as a phone interview with an interview panel composed of Responsible Management Officials (RMO-2), Steven Hilbert, (RMO-3), Elenita Ibarra-Pratt, and (RMO-4), Michelle Jackson. Mr. Bruce also states that (RMO-4) was previously found to have discriminated against him in a prior EEO complaint in July 2019.

**III. RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

Appropriate remedies and equitable relief to place the complainant in the position they would have been in absent the agency's discriminatory conduct. Remedies may include:

1. Back pay, including all forms of compensation such as overtime rates, premium pay, and other pay differentials.
2. Benefits, including restoration of annual leave, sick leave, health insurance, and retirement contributions.
3. Compensatory damages under Title VII of the Civil Rights Act of 1964 and the Rehabilitation Act of 1973.
4. Interest on back pay and any applicable step increases or pay differentials.
5. Equitable relief, such as:
    a. Placement into the position the Plaintiff would have occupied absent the discrimination;
    b. Full opportunity to participate in the employee benefit that was denied, such as training, preferential work assignments, or overtime scheduling; or
    c. Reasonable attorneys' fees and/or costs under Title VII of the Civil Rights Act of 1964.

IV. **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

January 28, 2022
Date

*/s/ Brandon S. Bruce*
Signature

Brandon S. Bruce
Printed Name