

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Brandon Sinclair Bruce

**Plaintiff,**

V.

Xavier Becerra

**Defendant.**

Civil Action No.   22cv00115-JES-JLB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant's Motion for Summary Judgment is GRANTED and Plaintiff's Motion for Summary Judgment is DENIED. Judgment  is gratned for Defendants and against Plaintiff.

**Date:**        8/21/24

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  A. Santiago

A. Santiago, Deputy